UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5125 FMO | Date | July 29, 2013 |
|---|---|---|---|
| Title | In re: Martin and Diana Pemstein | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | | |
|---|---|---|---|
| Julieta Lozano | None | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal for Lack of Jurisdiction

On July 11, 2013, this bankruptcy action was appealed to this court pursuant to 28 U.S.C. § 158(a),(b).  (See, generally, Notice of Appeal).  The date of entry of the bankruptcy order being appealed is May 30, 2013.  (See id. at 1).

The Federal Rules of Bankruptcy Procedure 8002 ("Rule 8002") requires a party to file a notice of appeal with the clerk within fourteen (14) "days of the date of the entry of the judgment, order, or decree appealed from."  Fed. R. Bankr. P. 8002(a); see also Fed. R. Bankr. P. 9021 ("A judgment or order is effective when entered under Rule 5003."); see, e.g., Coleman v. Countrywide Home Loans, Inc. (In re Coleman), 429 B.R. 387, 391 (D.D.C. 2010) (discussing whether Rule 8002 is jurisdictional in nature).  The notice of appeal here was filed well beyond the fourteen-day limit and is therefore untimely.

Accordingly, IT IS ORDERED that:

1.  No later than **August 9, 2013**, appellants shall show cause in writing why this action should not be dismissed for lack of jurisdiction.

2.  Failure to file a response to the order to show cause by the deadline set forth above shall be deemed consent to the dismissal of this action.

3.  A copy of all papers filed with the court shall be delivered to the drop box outside chambers at Suite 520, Spring Street Courthouse, 312 North Spring Street, **no later than 12:00 noon the following business day**.  All chambers copies shall comply fully with the document formatting requirements of Local Rule 11-3, including the "backing" requirements of Local Rule 11-3.5.  Counsel may be subject to sanctions for failure to deliver a mandatory chambers copy in full compliance with this Order and Local Rule 11-3.

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer    jloz |