UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-5125 FMO | Date | November 15, 2013 |
| Title | In Re: Martin and Diana Pemstein | | |

**Present: The Honorable**   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution

Appellant is ordered to show cause, in writing, by not later than **November 22, 2013**, why this case should not be dismissed for lack of prosecution for failure to:

☐   Pay the filing fee pursuant to 28 U.S.C. § 1930.

X   File the statement of issues pursuant to Fed. R. Bankr. P. 8006.

X   File the designation of record pursuant to Fed. R. Bankr. P. 8006.

X   File a transcript order notice, which is required whether or not appellant wishes to include a transcript in the record pursuant to Fed. R. Bankr. P. 8006, Fed. R. App. P. 10(b)(1) and 9th Cir. R. 10-3.

X   File the transcript(s) pursuant to Fed. R. Bankr. P. 8006.

X   Complete the record pursuant to Fed. R. Bankr. P. 8009.

☐   Other: _____

Failure to submit a response by the deadline set forth above may be deemed as consent to the dismissal of the action without prejudice.

**IT IS SO ORDERED.**

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |