JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PEMSTEIN, | Case No. CV 13-5125 FMO |
| Appellant, | |
| v. | **JUDGMENT** |
| HAROLD PEMSTEIN, | |
| Appellee. | |

IT IS ADJUDGED THAT the above-captioned case is hereby dismissed.

Dated this 25th day of August, 2014.

/s/
Fernando M. Olguin
United States District Judge